# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Waterfront Properties, Inc.,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:04-cv-322-H

Xerox Connect, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2006 Order.

**Signed: January 31, 2006**

_____
Frank G. Johns, Clerk
United States District Court